**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

_____

www.cand.uscourts.gov

Richard W. Wieking                                                          General Court Number
Clerk                                                                                      415.522.2000

April 13, 2012

CASE NUMBER:  CV 12-01255 JSC
CASE TITLE:  FRIENDS OF SCOTLAND, INC.-v-GEOFFREY SCOTT CARROLL

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable William H. Alsup** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA** immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 4/13/12

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                                    Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                               Special Projects
Log Book Noted                                                         Entered in Computer 4/13/12 ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                              Transferor CSA