UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| FRIENDS OF SCOTLAND, INC.,<br>　　　　Plaintiff, | No. C 12-1255 WHA |
| 　　v.<br>GEOFFREY CARROLL<br>　　　　Defendant. | **ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　　October 19, 2012<br>Mediator:　Mark LeHocky |

　　IT IS HEREBY ORDERED that the request to excuse defendant Geoffrey Carroll from appearing in person at the October 19, 2012, mediation before Mark LeHocky is GRANTED. Dr. Carroll shall be available at all times to participate remotely in the mediation in accordance with ADR L.R. 6-10(f).

　　IT IS SO ORDERED.

October 10, 2012　　　　　　　By:　　　_[signature]_

Dated　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　United States Magistrate Judge