**United States District Court**
For the Northern District of California

1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   FRIENDS OF SCOTLAND, INC.,                      No. C 12-01255 WHA

11          Plaintiff,

12      v.                                           **ORDER REGARDING**
                                                     **DEPOSITIONS**
13   GEOFFREY SCOTT CARROLL,

14          Defendant.

15                                          /

16          In this trademark action, defendant filed a Section 1404(a) motion to transfer.  Plaintiff

17   filed an opposition brief and objects to new evidence included in defendant's reply.  To the

18   extent below, the parties' request to modify the previously ordered deposition schedule is

19   **GRANTED**.

20          Plaintiff has until March 8, 2013 to conduct depositions of defendant and his physician in

21   New York.  Each deposition will be three hours with one fifteen-minute break.  If a deposition is

22   obstructed by an undue number of objections, this court will consider allowing additional

23   depositions at defendant's expense.  The scope of the depositions and supplemental briefings is

24   limited to defendant's medical condition that may limit his ability to travel.  If properly limited

25   to that topic, the depositions will not count toward the seven-hour limit as set by the Federal

26   Rules of Civil Procedure.  However, if plaintiff so chooses, it may use its normally allotted seven

27   hours to cover defendant's medical condition and any other matter relevant to the merits of this

28   action.

1    Both sides will file supplemental briefs regarding defendant's medical condition by

2 March 19, 2013.  The new date for the hearing on defendant's motion will be held on March 28,

3 2013.

4

5    **IT IS SO ORDERED.**

6

7 Dated:   February 11, 2013.

8 WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2